IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

CASE NO.   Criminal No. 23-CR-46
CASE NAME:   United States v. Stanlee Fazi

TO:   Coffeewood Correctional Center
      Address: 12352 Coffeewood Drive, Mitchells, VA, 22729
      Telephone No: (540) 829-6483

YOU ARE HEREBY COMMANDED to surrender the body of: Stanlee Fazi, SSN: XXX-XX-9239, DOB: XX/XX/1982, Race: White, Sex: Male; an inmate under your custody at the Coffeewood Correctional Center, 12352 Coffeewood Drive, Mitchells, VA, 22729, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, so that his body will be before the Honorable Judge Rossie D. Alston, Jr., District Judge of the United States District Court for the Eastern District of Virginia, at the Courtroom of said Court, in the City of Alexandria at 11:00 o'clock a.m., on the 12th day of April, 2023, or at such other time as the Court may direct. This inmate will be retained until the pending charge against him is resolved.

WITNESS
The Honorable Rossie D. Alston, Jr.
United States District Judge
at Alexandria, Virginia
This __1st__ day of March 2023

FERNANDO GALINDO
CLERK OF COURT

By: _____
     Deputy Clerk

COPY

Approved by: AUSA Gordon D. Kromberg
Approved by: Ms. Tasha Martin, Detainer Clerk, Coffeewood Correctional Center